IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-22-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| JESSIE LYNN BROWN, | |
| Defendant. | |

Defendant Jessie Lynn Brown has filed an unopposed motion to allow her to appear by video from the Missoula County Detention Center for her dependency and neglect case hearing in Gallatin County District Court. (Doc. 32). Accordingly,

IT IS ORDERED that the motion is GRANTED. Defendant is permitted to appear via Vision Net/Zoom for her hearing in Gallatin County District Court on July 28, 2025, at 2:00 p.m.

DATED this 24th day of July, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge