IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–22–BU–DLC |
| Plaintiff, | ORDER |
| vs. | |
| JESSIE LYNN BROWN, | |
| Defendant. | |

Defendant Jessie Lynn Brown has moved this Court to allow her to appear by video from the Missoula County Detention Facility at her Dependence Neglect ("DN") case hearing in the 18th Judicial District Court, Gallatin County on September 5, 2025 at 11:00 a.m. The United States does not oppose the Motion.

Accordingly, IT IS ORDERED that the Motion (Doc. 40) is GRANTED. Defendant is permitted to appear via Vision Net/Zoom for her DN hearing in the 18th Judicial District Court, Gallatin County on September 5, 2025, at 11:00 a.m. If the Missoula County Detention Facility ("MCDF") is unwilling or unable to facilitate the appearance as set, Ms. Brown's counsel may bring her phone into MCDF and may assist Ms. Brown with the attending this hearing via video. In this case, MCDF shall permit Ms. Brown and her counsel to meet in an area which receives cellular reception.

1

DATED this 28th day of August, 2025.

Dana L. Christensen, District Judge
United States District Court