IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>JESSIE LYNN BROWN,<br><br>      Defendant. | CR 25–22–BU–DLC<br><br>ORDER |

  Before the Court is Defendant Jessie Lynn Brown's Unopposed Motion to Seal the Motion for Information on Cooperating Witnesses and Confidential Informants filed by Brown's co-defendant, Leodis Roach (Doc. 53). (Doc. 83.) As grounds for this Motion, Brown represents that there is a compelling interest in concealing the identities of the suspected informants for their safety, which outweighs the public right to know the names of suspected informants. (*Id.* at 1.) The Court has authority to seal case documents pursuant to Fed. R. Crim. P. 49.1(d). The Court agrees that the safety risks posed to those named as suspected cooperators in the Motion on Cooperating Witnesses and Confidential Informants outweighs the presumption of public access. Sealing this document will also serve the government's compelling interests of promoting cooperation and protecting the sanctity of ongoing investigations.

1

Accordingly, IT IS ORDERED that the Motion to Seal (Doc. 83) is GRANTED. The Clerk of Court shall file Document 53 in this matter under seal.

DATED this 30th day of October, 2025.

_____
Dana L. Christensen, District Judge
United States District Court