IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSIE LYNN BROWN,<br><br>Defendant. | CR 25–22–BU–DLC<br><br>ORDER |

Jessie Lynn Brown has filed an Unopposed Motion for Leave to File Sentencing Memorandum Under Seal. (Doc. 105.)

Accordingly, IT IS ORDERED that the Motion (Doc. 105) is GRANTED. Brown may file her sentencing memorandum and any relevant attachments under seal.

DATED this 6th day of February, 2026.

_____
Dana L. Christensen, District Judge
United States District Court